UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISABELLA MARYANOVSKY,

      Petitioner,

v.                                    Case No. 3:25-cv-1599-MMH-SJH

GARRET RIPA, et al.,

      Respondents.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:  SHERIFF OF BAKER COUNTY DETENTION CENTER,**

**TO:  IMMIGRATION AND CUSTOMS ENFORCEMENT, and**

**TO:  Any United States Marshal**

It appearing to the Court that **Isabella Maryanovsky** (#A 022 213 978), a material witness in this cause, is now confined at the Baker County Detention Center, 1 Sheriff's Office Drive, Macclenny, FL 32063, and that this case is set for a hearing before this Court at the **United States Courthouse, 300 N. Hogan St., Courtroom 10B, Jacksonville, Florida, 32202, at 1:30 p.m. on January 27, 2026**, now therefore,

**THIS IS TO COMMAND YOU**, any United States Marshal, that you have the body of Isabella Maryanovsky (#A 022 213 978), now detained at Baker County Detention Center, under safe and secure conduct before this Court at the **United States Courthouse, 300 N. Hogan St., Courtroom 10B, Jacksonville, Florida, 32202, at**

**1:30 p.m. on January 27, 2026**, or at such other time as the Court may direct, to testify, participate, and view the proceedings in this cause; and

**THIS IS TO FURTHER COMMAND YOU**, Sheriff of Baker County Detention Center, or his or her designee, to deliver into the custody of the United States Marshal, upon production to you of a certified copy of this Writ, the body of Isabella Maryanovsky (#A 022 213 978), under safe and secure conduct for the purpose aforesaid; and

**THIS IS TO FURTHER COMMAND YOU**, any United States Marshal and Sheriff of Baker County Detention Center, that the body of Isabella Maryanovsky (#A 022 213 978), shall be returned to the United States Courthouse, 300 N. Hogan St., Courtroom 10B, Jacksonville, Florida, 32202, at such time as the Court may direct until the conclusion of these proceedings, if necessary; and

**THIS IS TO FURTHER COMMAND YOU**, any United States Marshal, to return the body of Isabella Maryanovsky (#A 022 213 978), under safe and secure conduct, to the Sheriff of Baker County Detention Center, or his or her designee, upon her discharge in this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of January, 2026.

Samuel J. Horovitz
United States Magistrate Judge

caw 1/23
c:
Counsel of Record
Sheriff Baker County Detention Center
Immigration and Customs Enforcement (via electronic service)
United States Marshal